IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMEDISYS HOLDING, LLC ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. _____ |
| v. ) | |
| ) | |
| INTERIM HEALTHCARE OF ) | JURY TRIAL DEMANDED |
| ATLANTA, INC., DENISE ) | |
| CATHEY, BRENDA HOGAN, ) | |
| and JENNIFER MACK ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## PLAINTIFF'S MOTION FOR A
## TEMPORARY RESTRAINING ORDER

Plaintiff Amedisys Holding, LLC respectfully requests that the Court issue an order temporarily enjoining Defendants Interim Healthcare of Atlanta, Inc., Denise Cathey, Brenda Hogan, and Jennifer Mack from further illegal use of Plaintiff's trade secret information.

As set forth in the accompanying memorandum of law, Plaintiff is substantially likely to succeed on its claims for violation of the Computer Fraud and Abuse Act, violation of the Stored Communications Act, misappropriation of trade secrets, breach of fiduciary duty, and breach of contract. Accordingly,

Plaintiff requests that the Court grant its motion and issue an order requiring (1) the Individual Defendants and Interim to return any and all trade secrets and other property, including documents and electronic copies of documents, and patient health information belonging to Amedisys; (2) the Individual Defendants and Interim to submit to a forensic audit of their computer systems to be performed by a neutral third party to ensure that no trade secrets, electronic copies of documents or patient health information belonging to Amedisys remain on any such computer systems; and (3) prohibits the Individual Defendants from soliciting business on behalf of Interim from patients, prospective patients, healthcare providers, or healthcare facilities of any nature with which they had contact or about which they obtained information while employed by Amedisys for a period of fourteen (14) days from the date of the Court's order.

Respectfully submitted this 4th day of May, 2011.

**/s/ Michael W. Johnston**
Michael W. Johnston
Ga. Bar No. 396720
mjohnston@kslaw.com
M. Russell Wofford
Ga. Bar No. 773002
rwofford@kslaw.com
Jason R. Edgecombe
Ga. Bar No. 239606
jedgecombe@kslaw.com
Jordan T. Stringer
Ga. Bar No. 130736
jstringer@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
(404) 572-4600 (telephone)
(404) 572-5100 (facsimile)

COUNSEL FOR PLAINTIFF AMEDISYS HOLDING, LLC

## **LR 7.1 D CERTIFICATION**

Counsel hereby certifies that the foregoing was prepared in Times New Roman, 14-point font, in accordance with LR 5.1 B.

                                       **/s/ Jason R. Edgecombe**
                                       Jason R. Edgecombe